1  HICKEY & PETCHUL, LLP
2  Dirk E. Petchul, Esq. (SBN: 156771) dpetchul@hplaw.net
   Adam K. Obeid, Esq. (SBN: 247188) aobeid@hplaw.net
3  114 Pacifica, Suite 340
   Irvine, California  92618
4  Telephone:  (949) 727-1777
   Fax:  (949) 727-1797
5
6  Attorneys for Defendants Green Valley RV, Inc.,
   and, Paul Schilperoort
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 MICHAEL R. WILLIAMS, d/b/a RVMAX,    )  **Case No.: 2:15-CV-00781-JAM-(KJN)**
                                        )
12         Plaintiff,                   )
                                        )
13    vs.                               )  **ORDER ON STIPULATION TO EXTEND**
                                        )  **TIME TO RESPOND TO COMPLAINT**
14 GREEN VALLEY RV, INC. d/b/a RV MAX;  )  **BY NOT MORE THAN 28 DAYS**
15 PAUL SCHILPEROORT; and DOES 1-10,    )  **(L.R. 144)**
                                        )
16         Defendants.                  )
                                        )
17                                      )
                                        )  Complaint Filed:       April 10, 2015
18                                      )  Complaint Served:      April 15, 2015
                                        )  New Response Date:     June 3, 2015
19                                      )
                                        )
20                                      )
                                        )
21 _____  )

22 ///

23

24 ///

25

26 ///

27

28 ///

                                    1

**ORDER**

The Court, having received and reviewed the Parties' stipulation to extend the time by which Defendants Green Valley RV, Inc., and, Paul Schilperoort, have to respond to the Complaint, and good cause appearing therefore, grants the Parties' Stipulation. Defendants Green Valley RV, Inc., and, Paul Schilperoort, shall file a responsive pleading on or before June 3, 2015. The filing of the Stipulation in no way waives Defendants' right to challenge the sufficiency of the pleadings and/or venue of the action.

**IT IS SO ORDERED.**

DATED: 5/19/2015           /s/ John A. Mendez
                           United Stated District Judge