JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL R. WILLIAMS, d/b/a RVMAX, | Case No.: 8:15-CV-01010-ODW-MRW |
|---|---|
| Plaintiff, | **ORDER OF PERMANENT INJUNCTION** |
| v. | |
| GREEN VALLEY RV, INC. d/b/a RV MAX; PAUL SCHILPEROORT; and DOES 1-10, | |
| Defendants. | |

On October 14, 2015, Plaintiff Michael R. Williams dba RVMAX, and Defendants Green Valley RV, Inc. dba RVMAX and Paul Schilperoort ("Defendants") submitted a stipulation and proposed order for a permanent injunction against Defendants. (ECF No. 39.) Having read and considered the terms of the proposed injunction, and having not received any objection thereto, and with good cause appearing, the Court hereby **GRANTS** the stipulated injunction in full.

/ / /

/ / /

Therefore, **IT IS HEREBY ORDERED** that Defendants, Green Valley RV, Inc., Paul Schilperoort, and their respective agents, servants, employees, attorneys, and other persons in active concert or participation with them, are permanently enjoined from directly or indirectly using in commerce the trademark RV MAX, or any words, marks, or phrases confusingly similar thereto, either alone or in combination with other words, marks, or phrases, and including any plural forms, in any style, form or media whatsoever, including without limitation, on or in connection with the Internet, such as in an Internet domain name, as a sponsored link or associated keyword, in connection with an Internet web page, or as HTML code for an Internet website in any manner, such as the title or keyword portions of a metatag, or otherwise.

The Clerk shall enter this Order as a final judgment in this action and close this case.

**IT IS SO ORDERED.**

DATED: _____October 19, 2015_____

_____
Hon. Otis D. Wright II,
United States District Judge